UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA FOR
THE USE OF A&R SUPPLY OF MISSISSIPPI,
A DIVISION OF JUST-RITE SUPPLY, INC.                                      PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 1:06CV111-RHW

ALLEN'S CONSTRUCTION, INC. AND
TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA          DEFENDANT

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered on this day granting Plaintiff's Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment, the Court hereby enters a judgment in accordance with Fed. R. Civ. P. 58(a)(1). Pursuant to the reasons set forth in the Court's Memorandum Opinion and Order, the Court finds that Plaintiff's Motion for Summary Judgment is granted and the Plaintiff awarded damages in the amount of $93,984.32 plus interests and costs.

SO ORDERED, this the 18th day of January, 2007.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE